# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

**MILES O. LEE,**

    **Petitioner,**

**v.**

**WARDEN HOLINDA,**

    **Respondent.**

**JUDGMENT
on a Motion pursuant to
28 U.S.C. § 2241**

Case No. 08-cv-295-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____9/26/08_____
Date